UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| IVONNE R. MCGEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV416-241 |
| | ) | |
| CITIMORTGAGE, INC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant CitiMortgage, Inc. moves the Court to stay all pretrial deadlines, pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, pending resolution of CitiMortgage's Motion to Dismiss. Doc. 18. Defendant Shapiro Pendergast & Hasty joins that motion. Doc. 22. Since the plaintiffs have not responded, the requested stay is deemed unopposed. *See* S.D. Ga. L. Civ. R. 7.5. Since defendants' motions, docs. 18 & 22, are unopposed and sufficiently supported they are **GRANTED**. All pretrial deadlines are stayed until the Court rules on the Motion to Dismiss.

**SO ORDERED**, this 20th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA