# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| IVONNE R. MCGEE and<br>DARRYL I. MCGEE, also<br>known as DARRYL L.<br>MCGEE, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CV416-241 |
| CITIMORTGAGE , INC., and<br>SHAPIRO, PENDERGAST<br>& HASTY LLP., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

Presuming familiarity with the Court's March 28, 2017 Report and Recommendation (R&R), doc. 24, specifically the Fed. R. Civ. P. 4(m) directive, *id.* at 22-23 (directing the McGee plaintiffs to show cause why their Complaint against Shapiro, Pendergast & Hasty should not be dismissed for failing to comply with Rule 4(m)), the Court has not heard back from the McGees. Accordingly, their entire Complaint should now be **DISMISSED**. *See* doc. 24 at 23 (advising dismissal with prejudice of the rest of plaintiffs' case).

The Court submits this Report and Recommendation (R&R) to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 24th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA