IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IVONNE R. MCGEE and DARRYL I. )
MCGEE, a/k/a Darrell L. McGee, )
)
)
Plaintiffs, )
)
v. ) CASE NO. CV416-241
)
CITIMORTGAGE INC. and SHAPIRO, )
PENDERGAST & HASTY LLP, )
)
Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24) and Supplemental Report and Recommendation (Doc. 25), to which no objections have been filed. After a careful review of the record, the Report and Recommendation and Supplemental Report and Recommendation are **ADOPTED** as the Court's opinion in this case. As a result, Defendant CitiMortgage's Motion to Dismiss (Doc. 16) is **GRANTED**. Due to Plaintiffs' failure to perfect service, Defendant Shapiro, Pendergast & Hasty is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m). Plaintiffs' complaint having been dismissed with respect to both Defendants, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA